# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

GWENDOLYN SUE GRACE                                                     PLAINTIFF

vs.                                                    CIVIL ACTION NO. 3:17CV1-RP

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY                  DEFENDANT

## ORDER GRANTING MOTION TO REMAND

       Plaintiff Gwendolyn Sue Grace filed suit under 42 U.S.C. § 405(g) for judicial review of the partially favorable decision of the Commissioner of Social Security granting plaintiff's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(I) and 423, for only a closed period from April 6, 2011 through June 18, 2013. The Commissioner moved to remand under the fourth sentence of 42 U.S.C. § 405(g). Docket 20. The court has been advised that plaintiff's counsel has no objection to the motion. Because both parties have consented to have a magistrate judge conduct all the proceedings in this case as provided in 28 U.S.C. § 636(c), the undersigned has the authority to issue this opinion.

       The Commissioner's Motion to Remand acknowledges that the case should be remanded for further administrative proceedings. Docket 20. After reviewing the motion and record, the undersigned concludes that remand is proper. The Commissioner's Motion to Remand is therefore GRANTED and this case is closed.

       SO ORDERED, this, the 23rd day of August, 2017.

                                                               /s/ Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE